IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-CV-02107-PSF-MJW

FIRSTCOM, INC.,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

(D. Minn) Civil File No. 04-CV-995 (ADM/AJB)

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Cross-Motion of Qwest Corporation to Compel May Tribby's Compliance with Subpoena (docket no. 17) is MOOT and therefore DENIED. This particular motion was docketed twice by the clerk's office in error.  This subject motion was previously docketed as docket no. 15 and this court has already entered a ruling on docket no.15.

Date:  November 10, 2005